**FILED**

MAY 21 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Dr. Taiwo Ajumobi
_____
Plaintiff(s)

vs.

Oklahoma State University Center for Health Sciences and OMECO, Inc.
_____
Defendant(s)

Case Number: 25 CV - 252 JFH - MTS

EEOC Charge- 564-2022-02155

**COMPLAINT - EEOC**

Comes now the Plaintiff, __Dr. Taiwo Ajumobi__ and for his/her claim against the Defendant(s), __Oklahoma State University Center for Health Sciences ("OSU-CHS")__ states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __African-American/Black__ (Race) __Female__ (Sex) who resides at __851 Springfield Ave. Apt 16D Summit, NJ 07901__ (Complete address)

3. The Defendant __Oklahoma State University Center for Health Sciences ("OSU-CHS")__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __717 S. Houston Ave. Ste 300 Tulsa, OK 74127__

*(Note: 3a-3f to be used if there is more than one defendant.)*

3a. The Defendant __Oklahoma Medical Education Commission Organization, INC ("OMECO")__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __717 S. Houston Ave. Ste. 300 Tulsa, OK 74127__

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

Complaint                                    i

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about __June 3rd__, __2022__, defendant(s)
   (Month/day)   (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

was told by plaintiff about hostile work environment, workplace harassment she was having to endure and disclosed to defendant an incident when a PGY-3 coworker made insensitive remarks towards her once he learned about her Nigerian ethnicity. Afterward plaintiff, Plaintiff was subjected worsening ridicule, isolation, placed on probation, and fired

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

discriminated against for race, ethnicity, and disability by defendant as Defendant neglected to provide reasonable accomodations and allowed race and ethnicity-based workplace harassment to result in wrongful termination.

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) compensatory damages for lost wages and expenses incurred for finding new employment to the sum of one-million dollars ($1million) as well as recompensation for all medical fees, legal fees, and legal assistance incurred since 2022.

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964.

_____
Signature

851 Springfield Ave Apt 16 D
Address

Summit       NJ   07901
City          State  ZIP

317-992-6647
Telephone

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

_____ Division

Dr. Taiwo Ajumobi

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Oklahoma State University Center for Health Sciences (OSU-CHS)
and Osteopathic Medical Education (see attached)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 25 CV - 252 JFH - MTS
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Dr. Taiwo Ajumobi |
   | Street Address | 851 Springfield Ave, Apt 16D |
   | City and County | Summit, Union County |
   | State and Zip Code | New Jersey 07901 |
   | Telephone Number | 317-992-6647 |
   | E-mail Address | 317-992-6647 |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Defendant OSU-CHS is an educational institution |
| Job or Title *(if known)* | |
| Street Address | 717 S. Houston Ave., Suite 300, |
| City and County | Tulsa, Tulsa County |
| State and Zip Code | Oklahoma, 74127 |
| Telephone Number | (918) 382-5064 |
| E-mail Address *(if known)* | mousumi.som@okstate.edu |

Defendant No. 2

| | |
|---|---|
| Name | Defendant OMECO is an employer affiliated with OSU-CHS |
| Job or Title *(if known)* | |
| Street Address | 717 S. Houston Ave., Suite 300, |
| City and County | Tulsa, Tulsa County |
| State and Zip Code | Oklahoma, 74127 |
| Telephone Number | (918) 561-8205 |
| E-mail Address *(if known)* | amy.newton@okstate.edu |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | OSU/OMECO Pediatric Residency Program |
| Street Address | 717 S. Houston Ave., Suite 300, |
| City and County | Tulsa, Tulsa County |
| State and Zip Code | Oklahoma, 74127 |
| Telephone Number | (918) 382-5064 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
September 2020, October 2021 with the most recent being February 8th 2022

C. I believe that defendant(s) *(check one)*:
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [ ] age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*
  Attention Deficit HyperActivity Disorder (ADHD)

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

6. Plaintiff was employed in the pediatric residency program at OSU-CHS/OMECO from approximately July 2020 until August 1, 2022.
7. Plaintiff was diagnosed with Attention Deficit Hyperactivity Disorder (ADHD), which qualifies as a disability under the ADA.
8. While an employee at institution, plaintiff endured numerous incidents of workplace hostility and isolation starting from on or about September 2020 until date of termination... (please see attached form under heading " statement of claims continued" pg a)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* December 06 2022

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 02/21/2025.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages for lost wages, emotional distress, and associated costs in the amount of $1,000,000.
B. Award punitive damages for Defendants' willful conduct.
C. Award reasonable attorneys' fees and costs (if applicable).
D. Grant such other and further relief as the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     05/20/2025

Signature of Plaintiff     *[signature]*
Printed Name of Plaintiff     Dr. Taiwo Ajumobi

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

Dr. Taiwo T. Ajumobi,
Plaintiff,

v.

Oklahoma State University Center for Health Sciences (OSU-CHS)
and
Osteopathic Medical Education Consortium of Oklahoma (OMECO),
Defendants.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION; Continuation of ProSe7 form

Filed by:

Dr. Taiwo T. Ajumobi
851 Springfield Ave. Apt. 16D
Summit, NJ 07901
Phone: (317) 992-6647

## TABLE OF CONTENTS

I. Jurisdiction and Venue ........................................................ 1

II. Parties ................................................................................ 1

III. Statement of Claims ........................................................ 2

IV. Exhaustion of Administrative Remedies ..................... 3

V. Prayer for Relief ............................................................... 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Dr. Taiwo T. Ajumobi,

Plaintiff,

v.                                    Civil Action No. _____

Oklahoma State University Center for Health Sciences (OSU-CHS)

and

Osteopathic Medical Education Consortium of Oklahoma (OMECO),

Defendants.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. JURISDICTION AND VENUE

1. This action is brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.,

and the Americans with Disabilities Act of 1990 (ADA), as amended, 42 U.S.C. § 12101 et seq.

2. Venue is proper in the Northern District of Oklahoma because the events giving rise to the claims occurred in this district.

## II. PARTIES

3. Plaintiff, Dr. Taiwo T. Ajumobi, is an African-American female who resides at 851 Springfield Ave. Apt. 16D, Summit, NJ 07901.

4. Defendant OSU-CHS is an educational institution and employer located at 717 S. Houston Ave., Suite 300, Tulsa, OK 74127.

5. Defendant OMECO is an employer affiliated with OSU-CHS, located at the same address.

## III. STATEMENT OF CLAIMS continued

6. Plaintiff was employed in the pediatric residency program at OSU-CHS/OMECO from approximately July 2020 until August 1, 2022.

7. Plaintiff was diagnosed with Attention Deficit Hyperactivity Disorder (ADHD), which qualifies as a disability under the ADA.

8. While an employee at institution, plaintiff endured numerous incidents of workplace hostility and isolation starting from on or about September 2020. Numerous times plaintiff did report incidents to defendants (May 2021, October 2021, December 2021, February 2022, June 2022) but plaintiff continued to receive inadequate response from defendant.

9. Due to requirement set by the ACGME that medical school graduates who want to become board-certified physicians must complete training at a ACGME institution (which OSU-OMECO institution is), plaintiff stayed in hostile environment. However as consequence plaintiff suffered significant emotional distress which was disclosed to defendant prior to termination.

10. The most recent incident of workplace harassment plaintiff endured was on or about February 8, 2022, when a PGY-3 coworker made insensitive remarks toward Plaintiff after learning of her ethnicity.

11. Plaintiff reported the incident to the program director, Dr. Laura Bode, and employee of defendant.

12. Thereafter, Plaintiff was subjected to a hostile work environment, including ridicule, isolation, and being placed on probation due to her disability and in retaliation for reporting discrimination.

13. Despite being aware of her disability prior to the termination, OSU-CHS/OMECO failed to provide reasonable accommodation or inform Plaintiff of her rights under the ADA.

14. On or about August 1, 2022, Plaintiff was terminated from the residency program.

15. Similarly situated individuals outside Plaintiff's protected class were treated more favorably.

16. These actions constitute discrimination based on race and disability, and retaliation in violation of Title VII and the ADA.

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

17. Plaintiff timely filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 564-2022-02155.

18. Plaintiff received a Notice of Right to Sue dated February 21, 2025, and this action is being filed within 90 days thereof.

V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory damages for lost wages, emotional distress, and associated costs in the amount of $1,000,000.

B. Award punitive damages for Defendants' willful conduct.

C. Award reasonable attorneys' fees and costs (if applicable).

D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Taiwo Ajumobi*

Dr. Taiwo T. Ajumobi

851 Springfield Ave. Apt. 16D

Summit, NJ 07901

(317) 992-6647



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Oklahoma City Area Office
215 Dean A McGee Avenue, Suite 524
Oklahoma City, OK 73102
(405) 666-0360
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/21/2025

**To:** Dr. Taiwo T. Ajumobi
851 Springfield Ave. Apt. 16B
Summit, NJ 07901
Charge No: 564-2022-02155

EEOC Representative and email:    CHRISTINA ALEXANDER
Investigator
Christina.Alexander@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 564-2022-02155.

On behalf of the Commission,

Digitally Signed By: Holly J. Cole
02/21/2025

Holly J. Cole
Area Office Director

**Cc:**
Amy S Newton
OSU-CHS
717 S HOUSTON AVE STE 300
Tulsa, OK 74127

Mousumi Som
717 S. Houston Ave. #300
Tulsa, OK 74127

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 564-2022-02155 |

Oklahoma Attorney General's Office, Office of CR Enforcement       and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Dr. Taiwo T. Ajumobi | 317-992-6647 | |

Street Address
8120 South Lakewood Place Apt 7
TULSA, OK 74133

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name Oklahoma State University Center of Health Science and OSTEOPATHIC MEDICAL EDUCATION CONSORTIUM OF OKLAHOMA INC | No. Employees, Members | Phone No. |
|---|---|---|
| | 15 - 100 Employees | (918) 582-1972 |

Street Address
1111 W 17TH ST
TULSA, OK 74107

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                         City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest: 10/01/2021   Latest: 08/01/2022 |
| Disability, Retaliation | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a Black/African American with a disability. I was employed from around July 2020 until August 1, 2022. I completed my duties in the OMECO pediatric residency program in a satisfactory manner to the best of my knowledge. On or about February 8, 2022, a (PGY3)co-worker made racially insensitive comments towards me, which were reported to my supervisor, program director physician Dr. Laura Bode. Furthermore, I was subjected to a hostile environment from my co-workers due to their regard of my disability and in retaliation for making complaints of discrimination. Although I reported multiple complaints of discrimination, no corrective action was taken by Respondent. Additionally, I was disciplined for not submitting work in a specific timeframe. Despite my employer knowing and verifying my disability, I was denied reasonable accommodation for additional time to complete my work. I was terminated on or around August 1, 2022. I am aware of individuals outside of my protected class being treated differently. I believe I have been discriminated against because of my race, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my disability, in violation of The Americans With Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  Digitally Signed By: Dr. Taiwo T. Ajumobi  12/06/2022  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |




Please use seal closest to edge first.



New paks are only for FedEx Express® shipments. You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2021 FedEx 163011 REV 2/21


LDPE

Please reuse; then recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**. Recycling options may vary by location.

15:42:17 07/28/24 #BM8

Taiwo Ajumobi
851 Springfield Ave Apt 16D
Summit, NJ 07901

U.S. District Court, Northern District of Oklahoma
Attn: Clerk of Court
333 W. 4th Street Rm 411
Tulsa, OK 74103

25-CV-252-JFH-MTS